# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Scott Randall Nichols**<br>DOB: 1961; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-05844MJ** |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i). | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about June 17, 2021, in the District of Arizona, **Scott Randall Nichols**, named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, including Omar Trejo-Garcia, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).**

**COUNT 2 (Felony)** On or about June 17, 2021, in the District of Arizona, **Scott Randall Nichols**, knowing and in reckless disregard of the fact that certain illegal aliens, including Omar Trejo-Garcia, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about June 17, 2021, in the District of Arizona (Sonoita), a silver 1995 Dodge Ram approached the primary inspection lane at the State Route 83 checkpoint. Inside the vehicle was the driver, later identified as **Scott Randall Nichols**, and two passengers. The United States Border Patrol agent asked everyone in the vehicle their citizenship, and both passengers, including Omar Trejo-Garcia, stated they were citizens of Mexico, without proper documentation to be in the United States legally.

In a post-*Miranda* statement, **Scott Randall Nichols** stated he was hired by a friend and was expecting to receive $1,000 to pick up and transport the two passengers. He further stated he knew they were illegal aliens.

Material witness, Omar Trejo-Garcia, stated that after crossing into the United States illegally, he was guided via cellphone to a pickup location, where **Scott Randall Nichols** was waiting to pick him up. After entering the vehicle, **Nichols** drove him to the checkpoint.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:** Omar Trejo-Garcia

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/lw | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>Maria S. Aguilera | DATE<br>June 21, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54